1  James P. Walsh (CA State Bar No. 184620)
   Gwen Fanger (CA State Bar No. 191161)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone:     (415) 276-6500
4  Facsimile:      (415) 276-6599
   Email:           budwalsh@dwt.com
5                      gwenfanger@dwt.com

6  Attorneys for Plaintiffs
   PACIFIC DAWN LLC, CHELLISSA LLC, JAMES and SANDRA SCHONES,
7  DA YANG SEAFOOD INC. and JESSIE'S ILWACO FISH COMPANY

DAVIS WRIGHT TREMAINE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC DAWN LLC, CHELLISSA LLC, JAMES AND SANDRA SCHONES, DA YANG SEAFOOD INC., and JESSIE'S ILWACO FISH COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>GARY LOCKE, Secretary of Commerce, in his official capacity as Secretary of the United States, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　　Defendants. | Case No.  C-10-04829-TEH<br><br>**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that plaintiffs Pacific Dawn LLC, Chellissa LLC, James and Sandra Schones, Da Yang Seafood Inc., and Jessie's Ilwaco Fish Company may file their First Amended Complaint for Declaratory and Injunctive Relief (the "First Amended Complaint") pursuant to Fed. R. Civ. P. 15(a)(2).  The First Amended Complaint adds a challenge to a regulation issued by Defendants on December 15, 2010.  A copy of the First Amended Complaint is attached hereto as <u>Attachment A</u>.

　　　　IT IS FURTHER STIPULATED that defendants Gary Locke, Secretary of Commerce, the National Oceanic and Atmospheric Administration, and the National Marine Fisheries Service

1  (collectively, "Defendants") shall respond to the First Amended Complaint and file the
2  administrative record for the December 15, 2010 regulation within 45 days of service of the First
3  Amended Complaint, or by February 28, 2011.

DATED: January 13, 2011            DAVIS WRIGHT TREMAINE LLP

                                   By :  /s/ James P. Walsh
                                         James P. Walsh
                                         Gwen Fanger

                                   Attorneys for Plaintiffs
                                   Pacific Dawn LLC, Chellissa LLC, James and Sandra
                                   Schones, Da Yang Seafood Inc., and Jessie's Ilwaco
                                   Fish Company

DATED: January 13, 2011            U.S. DEPARTMENT OF JUSTICE
                                   WILDLIFE & MARINE RESOURCES SECTION
                                   ENVIRONMENT & NATURAL RESOURCES
                                   DIVISION
                                   U.S. DEPARTMENT OF JUSTICE
                                   IGNACIA S. MORENO, Assistant Attorney General
                                   SETH M. BARSKY, Acting Section Chief
                                   KRISTEN L. GUSTAFSON, Assistant Chief

                                   By:  /s/ Meredith L. Flax
                                        MEREDITH L. FLAX, Senior Trial Attorney

                                   Attorneys for Defendants
                                   Gary Locke, Secretary of Commerce,
                                   National Oceanic and Atmospheric Administration,
                                   and National Marine Fisheries Service

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/14/2011
        _____
                                   Hon. _____ rson
                                   Un_____
                                   Judge Thelton E. Henderson

-2-
STIPULATION TO FILE FIRST AMENDED COMPLAINT                Case No. C-10-04829-TEH
*DWT 16318380v1 0092855-000001*