James P. Walsh (CA State bar No. 184620)
Gwen Fanger (CA State bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com
gwenfanger@dwt.com

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PACIFIC DAWN, L.L.C., *et al.*, | 3:10-cv-04829-TEH |
| Plaintiffs, | |
| v. | STIPULATED REQUEST TO CONTINUE HEARING AND TO EXTEND DEADLINE FOR JOINT SUPPLEMENTAL BRIEF |
| JOHN BRYSON,[1] *et al.*, | |
| Defendants. | |

---

[1] John Bryson is automatically substituted for Gary Locke as Secretary of Commerce per Federal Rule of Civil Procedure 25(d).

1   The Court has scheduled a hearing on the parties' cross-motions for summary judgment
2 for December 5, 2011 at 10:00 a.m. November 3, 2011 Order (Doc. No. 44). At Federal
3 Defendants' request, Plaintiffs have agreed to stipulate to a request that the Court continue the
4 hearing to December 12, 2011 at 10:00 a.m. to accommodate counsel for Federal Defendants'
5 schedule. Counsel for Federal Defendants has a hearing in another case in the U.S. District
6 Court for the District of Oregon on December 14, 2011, and would like to coordinate her travel
7 from Washington, D.C. so that she can attend both hearings in one trip to the West Coast,
8 thereby conserving scarce government resources in these tight budgetary times.

9   In addition, the Court has ordered the parties' to file a joint supplemental brief on
10 November 16, 2011 addressing "how the fishing history of 'B' permits was used in determining
11 the allocations at issue in this case." Doc. No. 44. Counsel for the parties have discussed the
12 Court's order and agree that they need additional time to determine their areas of agreement and
13 disagreement. The parties therefore agreed to stipulate to a request that the deadline for filing
14 the joint supplemental brief be extended to November 21, 2011.

Dated: November 9, 2011       Respectfully submitted,

                              IGNACIA S. MORENO, Assistant Attorney General

                               /s/ *Meredith L. Flax*
                              MEREDITH L. FLAX, Sr. Trial Attorney
                              U.S. Department of Justice
                              Environment & Natural Resources Division
                              Wildlife & Marine Resources Section

                              **Attorneys for Defendants**


                               /s/ *James P. Walsh*   [with permission]
                              JAMES P. WALSH
                              DAVIS WRIGHT TREMAINE

                              **Attorneys for Plaintiffs**

IT IS SO ORDERED.

Dated:  11/09/2011            _____
                              Thelton E. Henderson
                              United States District Judge

STIPULATED REQUEST TO CONTINUE HEARING AND TO
EXTEND DEADLINE FOR JOINT SUPPLEMENTAL BRIEF

3:10-cv-004829-TEH

U.S. Department of Justice
Environment & Natural Resources Division
Washington, D.C. 20044-7369