1  James P. Walsh (CA State bar No. 184620)
2  Gwen Fanger (CA State bar No. 191161)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111
4  Telephone: (415) 276-6500
5  Facsimile: (415) 276-6599
   budwalsh@dwt.com
6  gwenfanger@dwt.com

7  *Attorneys for Plaintiffs*

8  IGNACIA S. MORENO, Assistant Attorney General
9  MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
   U.S. Department of Justice
10 Environment & Natural Resources Division
   Wildlife & Marine Resources Section
11 Ben Franklin Station, P.O. Box 7369
12 Washington, D.C. 20044-7369
   Telephone: (202) 305-0404
13 Facsimile: (202) 305-0275
   meredith.flax@usdoj.gov
14

15 *Attorneys for Defendants*

16              IN THE UNITED STATES DISTRICT COURT
17            FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                     San Francisco Division
19

20 PACIFIC DAWN, L.L.C., *et al.*,        )
                                          )   3:10-cv-04829-TEH
21             Plaintiffs,                )
                                          )   STIPULATION TO EXTEND DEADLINE
22      v.                                )   FOR SECOND STATUS REPORT
                                          )
23 JOHN BRYSON *et al.*,                  )
24                                        )
               Defendants.                )
25                                        )

26
27
28

1    Plaintiffs Pacific Dawn, L.L.C., et al. ("Plaintiffs"), and Federal Defendants, John Bryson, et al. ("Defendants"), (collectively the "Parties"), hereby agree and stipulate as follows:

1. On February 21, 2012, this Court issued an Order on remedy in this matter. ECF No. 60 ("Order").

2. In its Order, the Court required Defendants to file status reports with the Court every three months, beginning on April 1, 2012, until revised regulations are implemented on or before April 1, 2013. Order at 7.

3. Under the Court's Order, the second status report will be due on July 1, 2012.

4. The Parties hereby stipulate to extend the deadline for the second status report until July 9, 2012. The extension is needed to accommodate counsel for Defendants' schedule and so as to be able to more fully report on the outcome of the Council meeting scheduled to take place from June 21-26, 2012. *See* Declaration of Meredith L. Flax, attached hereto as Exhibit 1.

5. The extension for the second status report will not impact the deadline for the third status report, currently due on October 1, 2012.

Dated: March 29, 2012

        Respectfully submitted,

        /s/ *James P. Walsh*
        JAMES P. WALSH
        DAVIS WRIGHT TREMAINE

        **Attorneys for Plaintiffs**

        IGNACIA S. MORENO, Assistant Attorney General

        /s/ *Meredith L. Flax*
        MEREDITH L. FLAX, Senior Trial Attorney
        D.C. Bar No. 468016
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section

        **Attorneys for Defendants**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2

3  \_\_04/02/2012_____         _____
   Date                              THELTON E. HENDERSON
4                                    United States District Judge