James P. Walsh (CA State bar No. 184620)
Gwen Fanger (CA State bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com
gwenfanger@dwt.com

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | | |
|---|---|---|
| PACIFIC DAWN, L.L.C., *et al.*, | ) | |
| | ) | 3:10-cv-04829-TEH |
| Plaintiffs, | ) | |
| | ) | STIPULATION TO EXTEND DEADLINE |
| v. | ) | FOR SECOND STATUS REPORT |
| | ) | |
| JOHN BRYSON *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs Pacific Dawn, L.L.C., et al. ("Plaintiffs"), and Federal Defendants, John Bryson, et al. ("Defendants"), (collectively the "Parties"), hereby agree and stipulate as follows:

1. On February 21, 2012, this Court issued an Order on remedy in this matter. ECF No. 60 ("Order").

2. In its Order, the Court required Defendants to file status reports with the Court every three months, beginning on April 1, 2012, until revised regulations are implemented on or before April 1, 2013. Order at 7.

3. Under the Court's Order, the second status report will be due on July 1, 2012.

4. The Parties hereby stipulate to extend the deadline for the second status report until July 9, 2012. The extension is needed to accommodate counsel for Defendants' schedule and so as to be able to more fully report on the outcome of the Council meeting scheduled to take place from June 21-26, 2012. *See* Declaration of Meredith L. Flax, attached hereto as Exhibit 1.

5. The extension for the second status report will not impact the deadline for the third status report, currently due on October 1, 2012.

Dated: March 29, 2012

        Respectfully submitted,

          /s/ *James P. Walsh*
        JAMES P. WALSH
        DAVIS WRIGHT TREMAINE

        **Attorneys for Plaintiffs**

        IGNACIA S. MORENO, Assistant Attorney General

          /s/ *Meredith L. Flax*
        MEREDITH L. FLAX, Senior Trial Attorney
        D.C. Bar No. 468016
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section

        **Attorneys for Defendants**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2

3  04/02/2012  
   Date                                  *[signature]*  
4                                        THELTON E. HENDERSON  
                                         United States District Judge