James P. Walsh (CA State bar No. 184620)
Gwen Fanger (CA State bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com
gwenfanger@dwt.com

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PACIFIC DAWN, L.L.C., *et al.*, | |
| Plaintiffs, | 3:10-cv-04829-TEH |
| v. | STIPULATION REGARDING AWARD OF ATTORNEYS' FEES AND COSTS |
| JOHN BRYSON *et al.*, | |
| Defendants. | |

1	WHEREAS on October 25, 2010, Plaintiffs Pacific Dawn, L.L.C., *et al.* ("Plaintiffs"),
2	initiated the above-captioned lawsuit challenging decisions made by Federal Defendants, John
3	Bryson, *et al.* ("Defendants"), to approve a limited access privilege program for the trawl sector
4	of the Pacific groundfish fishery; and

5	WHEREAS the Court granted summary judgment in Plaintiffs' favor on the first and
6	second causes of action in Plaintiffs' First Amended Complaint on December 22, 2011 (ECF No.
7	49), issued an order on remedy on February 21, 2012 (ECF No. 60), and issued judgment on
8	February 22, 2012 (ECF No. 61); and

9	WHEREAS on March 22, 2012, Plaintiffs filed a motion for attorneys' fees and costs
10	pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (ECF No. 62); and

11	WHEREAS on March 26, 2012, the Court vacated Plaintiffs' motion for attorneys' fees
12	and costs and ordered the parties to meet and confer regarding Plaintiffs' request for fees and
13	costs (ECF No. 66); and

14	WHEREAS on April 10, 2012, Plaintiffs provided Defendants with a revised request for
15	attorneys' fees and costs; and

16	WHEREAS Plaintiffs and Defendants, by and through their authorized representatives,
17	and without any admission or final adjudication of the issues of fact or law with respect to
18	Plaintiffs' claim for attorneys' fees and costs, have reached a settlement of this matter that they
19	consider to be a just, fair, adequate, and equitable resolution of the disputes set forth in Plaintiffs'
20	motion for attorneys' fees and costs;

21	NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN PLAINTIFFS AND
22	DEFENDANTS AS FOLLOWS:

23	1.	Defendants agree to settle Plaintiffs' entire claim for costs and attorneys' fees in
24	the above-captioned litigation for a total of $75,000.00.  Defendants agree to pay the entire
25	amount to James P. Walsh, Davis Wright Tremaine, 505 Montgomery Street, Suite 800
26	San Francisco, California 94111 on behalf of Plaintiffs in this action.  Plaintiffs agree to furnish
27	Defendants with the information necessary to effectuate this payment.  Defendants agree to
28

process the fee payment within 20 days of receipt of the necessary information from Plaintiffs or the approval of this Stipulation by the Court, whichever is later.

2. Plaintiffs agree to accept payment of $75,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which Plaintiffs may be entitled with respect to the above-captioned litigation, through and including the date of this Stipulation.

3. The parties agree that this Stipulation was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the parties. By entering into this Stipulation, the parties do not waive any claim or defense.

4. By entering into this Stipulation, Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rate, in any future litigation. Further, this Stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

5. Nothing in this Stipulation shall be interpreted as, or shall constitute, a commitment or requirement that Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other appropriations law.

IT IS SO STIPULATED.

Respectfully submitted: June 21, 2012

/s/ *James P. Walsh*
JAMES P. WALSH
DAVIS WRIGHT TREMAINE

**Attorney for Plaintiffs**

IGNACIA S. MORENO, Assistant Attorney General

/s/ *Meredith L. Flax*

MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

**Attorneys for Defendants**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

 06/25/2012
_____                    _____
Date                                   THELTON E. HENDERSON
                                       United States District Judge

FEE STIPULATION                        3                        3:10-cv-004829-TEH