1  James P. Walsh (CA State bar No. 184620)
   Gwen Fanger (CA State bar No. 191161)
2  DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111
4  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
5  budwalsh@dwt.com
6  gwenfanger@dwt.com

7  *Attorneys for Plaintiffs*

8
   IGNACIA S. MORENO, Assistant Attorney General
9  MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
   U.S. Department of Justice
10 Environment & Natural Resources Division
   Wildlife & Marine Resources Section
11 Ben Franklin Station, P.O. Box 7369
12 Washington, D.C. 20044-7369
   Telephone: (202) 305-0404
13 Facsimile: (202) 305-0275
   meredith.flax@usdoj.gov
14

15 *Attorneys for Defendants*

16                IN THE UNITED STATES DISTRICT COURT

17             FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                          San Francisco Division
19

20 PACIFIC DAWN, L.L.C., *et al.*,        )
                                          )   3:10-cv-04829-TEH
21         Plaintiffs,                    )
                                          )   STIPULATION TO EXTEND DEADLINE
22    v.                                  )   FOR FOURTH STATUS REPORT
23                                        )
   REBECCA BLANK, *et al.*,               )
24                                        )
           Defendants.                    )
25 _____   )

26

27

28

Plaintiffs Pacific Dawn, L.L.C., et al. ("Plaintiffs"), and Federal Defendants, Rebecca Blank, et al. ("Defendants"), (collectively the "Parties"), hereby agree and stipulate as follows:

1. On February 21, 2012, this Court issued an Order on remedy in this matter. ECF No. 60 ("Order").

2. In its Order, the Court required Defendants to file status reports with the Court every three months, beginning on April 1, 2012, until revised regulations are implemented on or before April 1, 2013. Order at 7.

3. Under the Court's Order, the fourth status report will be due on January 1, 2013.

4. The Parties hereby stipulate to extend the deadline for the fourth status report until January 4, 2013. The extension is needed to accommodate counsel for Defendants' schedule. *See* Declaration of Meredith L. Flax, attached hereto as Exhibit 1.

5. The extension for the fourth status report will not impact the April 1, 2013 deadline for completion of remand.

Dated: December 21, 2012

Respectfully submitted,

 /s/ *James P. Walsh*
JAMES P. WALSH
DAVIS WRIGHT TREMAINE

**Attorneys for Plaintiffs**

IGNACIA S. MORENO, Assistant Attorney General

 /s/ *Meredith L. Flax*
MEREDITH L. FLAX, Senior Trial Attorney
D.C. Bar No. 468016
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

**Attorneys for Defendants**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

01/02/2013
Date

_____
THELTON
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*