James P. Walsh (CA State bar No. 184620)
Gwen Fanger (CA State bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com
gwenfanger@dwt.com

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General
MEREDITH L. FLAX, Senior Trial Attorney (D.C. Bar No. 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PACIFIC DAWN, L.L.C., *et al.*, | 3:10-cv-04829-TEH |
| Plaintiffs, | |
| v. | STIPULATION TO EXTEND DEADLINE FOR FOURTH STATUS REPORT |
| REBECCA BLANK, *et al.*, | |
| Defendants. | |

Plaintiffs Pacific Dawn, L.L.C., et al. ("Plaintiffs"), and Federal Defendants, Rebecca Blank, et al. ("Defendants"), (collectively the "Parties"), hereby agree and stipulate as follows:

1. On February 21, 2012, this Court issued an Order on remedy in this matter. ECF No. 60 ("Order").

2. In its Order, the Court required Defendants to file status reports with the Court every three months, beginning on April 1, 2012, until revised regulations are implemented on or before April 1, 2013. Order at 7.

3. Under the Court's Order, the fourth status report will be due on January 1, 2013.

4. The Parties hereby stipulate to extend the deadline for the fourth status report until January 4, 2013. The extension is needed to accommodate counsel for Defendants' schedule. *See* Declaration of Meredith L. Flax, attached hereto as Exhibit 1.

5. The extension for the fourth status report will not impact the April 1, 2013 deadline for completion of remand.

Dated: December 21, 2012

    Respectfully submitted,

      /s/ *James P. Walsh*  
    JAMES P. WALSH  
    DAVIS WRIGHT TREMAINE

    **Attorneys for Plaintiffs**

    IGNACIA S. MORENO, Assistant Attorney General

      /s/ *Meredith L. Flax*  
    MEREDITH L. FLAX, Senior Trial Attorney  
    D.C. Bar No. 468016  
    U.S. Department of Justice  
    Environment & Natural Resources Division  
    Wildlife & Marine Resources Section

    **Attorneys for Defendants**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

3  01/02/2013
   Date                                    THELTON
4                                          United States

   *[Signature: Judge Thelton E. Henderson, seal of United States District Court, Northern District of California]*